Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
526 Third Street, Ste. A-2
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
Email: rcweems@weemslawoffices.com

Attorney for Plaintiff,
    MATTHEW JAMES FERRARIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES FERRARIS,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case 2:21-cv-00132-CKD (SS)<br><br>STIPULATION & ORDER FOR MODIFICATION OF SCHEDULING ORDER |

    The parties hereby stipulate and agree, subject to the Court's approval and order, that there is good cause to modify the scheduling order as revised [ECF No. 10, 17] to extend Plainitff's time to serve and file a motion for summary judgment or for remand from December 29, 2021, to January 3, 2022, with all other service and filing deadlines extended as stated in the Scheduling Order. This is Plaintiff's second extension of time.

    The good cause supporting this stipulation is: on December 28, 2021, Plainitff's counsel suffered a mild concussion after falling on a patch of ice outside his Minnesota residence interrupting his work finalizing Plainitff's motion and impacting his ability to sustain the focused concentration needed to finalize Plainitff's motion.

    Plainitff's counsel believes the short extension of time adequate to finalize Plaintiff's submission and meet the Court's professional standards should his symptoms not remit without causing prejudice to his client.

    This request for modification of the current deadlines is made in good faith, without dilatory

motive, and not for purposes of undue delay or to prejudice the interest of any party.

    SO STIPULATED AND AGREED, January 3, 2022.

| WEEMS LAW OFFICES | | PHILLIP A. TALBERT,<br>    Acting United States Attorney<br>PETER K. THOMPSON<br>    Acting Regional Chief Counsel,<br>    Region IX, Soc. Sec. Admin<br>CHRISTOPHER J. HARRIS, GABN 329698<br>    Acting Regional Chief Counsel,<br>    Region VI, Soc. Sec. Admin.<br>LINDA H. GREEN, TXBN 08365480<br>    Sp. Assist. United States Attorney |
|---|---|---|
| */s/Robert C. Weems*<br>ROBERT C. WEEMS,<br>Attorney for Plaintiff | By: | */s/Linda H. Green* (by email 12/29/2021)<br>LINDA H. GREEN,<br>Sp. Assist. United States Attorney,<br>Attorneys for Defendant |

**SO ORDERED.**

Dated:  January 3, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE