PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON, HIBN 5890
Acting Regional Chief Counsel, Region IX
CHRISTOPHER J. HARRIS, GABN 329698
Acting Regional Chief Counsel, Region VI
LINDA H. GREEN, TXBN 08365480
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (214) 767-6154
Email: linda.green@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JAMES FERRARIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:21-cv-00132-CKD<br><br>ORDER AND STIPULATION TO MODIFY SCHEDULING ORDER |

　　　　The parties hereby stipulate and agree, subject to the Court's approval and order, that there is good cause to modify the scheduling order to extend Defendant's time to serve and file a motion for summary judgment or for remand from February 17, 2022, to April 4, 2022, with all other service and filing deadlines extended as stated in the Scheduling Order.  This is Defendant's first extension of time.

　　　　The good cause supporting this stipulation is:  Defendant's counsel who is drafting this response brief has briefs due in other cases on February 14 and February 17.  Accordingly, Defendant's counsel requires additional time to fully brief the issues in this matter.

This request for modification of the current deadlines is made in good faith, without dilatory motive, and not for purposes of undue delay or to prejudice the interest of any party.

SO STIPULATED AND AGREED, February 16, 2022.

| WEEMS LAW OFFICES | PHILLIP A. TALBERT, Acting United States Attorney<br>PETER K. THOMPSON<br>Acting Regional Chief Counsel, Region IX<br>CHRISTOPHER J. HARRIS,<br>Acting Regional Chief Counsel, Region VI |
|---|---|
| */s/Robert C. Weems\* stipulated by email on Feb. 7, 2022*<br>ROBERT C. WEEMS,<br>Attorney for Plaintiff | By:  */s/ Linda H. Green*<br>LINDA H. GREEN,<br>Special Assistant United States Attorney,<br>Attorneys for Defendant |

**SO ORDERED.**

Dated:   February 16, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE