PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON, HIBN 5890
Acting Regional Chief Counsel, Region IX and
CHRISTOPHER J. HARRIS, GABN 329698
Acting Regional Chief Counsel, Region VI
LINDA H. GREEN, TXBN 08365480
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (214) 767-6154
Email: linda.green@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MATTHEW JAMES FERRARIS,<br><br>Plaintiff,<br><br>vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No: 2:21-cv-00132-CKD<br><br>STIPULATION AND ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |

     IT IS STIPULATED by and between Plaintiff, Matthew James Ferraris (Plaintiff), and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Acting Commissioner of Social Security for further administrative proceedings.

     Upon remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to further evaluate the evidence of record, consider all of the relevant medical and non-medical evidence in the record, take any further action necessary to develop the record, and issue a new decision.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: March 29, 2022

| WEEMS LAW OFFICES | PHILLIP A. TALBERT, |
| --- | --- |
| | Acting United States Attorney |
| | PETER K. THOMPSON |
| | Acting Regional Chief Counsel, |
| | Region IX, Soc. Sec. Admin |
| | CHRISTOPHER J. HARRIS |
| | Acting Regional Chief Counsel, |
| | Region VI, Soc. Sec. Admin. |
| | LINDA H. GREEN |
| | Sp. Assist. United States Attorney |

/s/Robert C. Weems                               By: /s/Linda H. Green
Signature authorized by email on                      LINDA H. GREEN,
March 24, 2022                                        Sp. Assist. United States Attorney,
ROBERT C. WEEMS,                                      Attorneys for Defendant
Attorney for Plaintiff

## ORDER

SO ORDERED.

The Clerk of the Court shall enter judgment for plaintiff and close this case.

Dated: March 30, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE